UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAUL NAZARIO,

      Plaintiff,

      v.

PAMELA BONDI, ATTORNEY
GENERAL, et al.,

      Defendant.

CIVIL ACTION NO. 3:22-CV-01366

(SAPORITO, J.)

## ORDER

AND NOW, this 11th day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     The defendant's motion for summary judgment (Doc. 36) is **GRANTED in part** and **DENIED in part.**

2.     The motion is **GRANTED** with respect to the following claims under the Rehabilitation Act: (1) retaliation concerning the plaintiff's prior EEO complaint; (2) unlawful interference; and (3) retaliatory hostile work environment, and **GRANTED** with respect to the plaintiff's claims under Title VII: (1) disparate treatment; (2) retaliation; and (3) retaliatory hostile work environment; and

3.     The motion is **DENIED** with respect to the following claims

under the Rehabilitation Act: (1) failure to provide reasonable accommodations; (2) disparate treatment; and (3) retaliation concerning the plaintiff's request for reasonable accommodations.

4.     The Clerk shall enter judgment in favor of the defendant with respect to the following claims under the Rehabilitation Act: (1) retaliation concerning the plaintiff's prior EEO complaint; (2) unlawful interference; and (3) retaliatory hostile work environment, and enter judgment in favor of the defendant with respect to the plaintiff's claims under Title VII: (1) disparate treatment; (2) retaliation; and (3) retaliatory hostile work environment.

Dated: March 11, 2026                           s/Joseph F. Saporito, Jr.
                                                JOSEPH F. SAPORITO, JR.
                                                United States District
                                                Judge