**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAUL NAZARIO,<br><br>Plaintiff,<br><br>v.<br><br>TOD BLANCHE, ATTORNEY GENERAL, et al.<br><br>Defendant. | CIVIL ACTION NO. 3:22-cv-01366<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 9th day of November, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Nazario's motion *in limine* to exclude documentary evidence listed as Defendant's Trial Exhibits Nos. 10-13 (Doc. 66-1) **IS DENIED.**

Dated: November 9, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge